**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIAN S. GALLMAN, | ) | |
| Plaintiff, | ) | |
| | ) | **C.A. No. 24-135 Erie** |
| v. | ) | |
| | ) | **District Judge Susan Paradise Baxter** |
| L. HARRY, et al., | ) | **Magistrate Judge Kezia O.L. Taylor** |
| Defendants. | ) | |

<u>**MEMORANDUM ORDER**</u>

Plaintiff Brian S. Gallman, an inmate incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"), commenced this *pro se* civil rights action on May 22, 2024, by filing a motion to proceed *in forma pauperis* with an attached complaint. Plaintiff subsequently filed an amended complaint on October 21, 2024 [ECF No. 12], and a second amended complaint on January 29, 2025 [ECF No. 30], which is the operative pleading in this case. Named as Defendants are L. Harry, Secretary of the Department of Corrections, and the following staff members at SCI-Forest: R. Irwin, Superintendent; S. Shaffer, Corrections Chaplain Director; Chaplain Ayars; and Corrections Food Service Managers Messrs. Dittman and Shipe.

This matter was originally referred to Chief United States Magistrate Judge Richard A. Lanzillo, and was subsequently referred to United States Magistrate Judge Kezia O.L. Taylor for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

In his second amended complaint, Plaintiff asserts five causes of action: Count I - First

Amendment Free Exercise of Religion; Count II - Fourteenth Amendment Equal Protection

Class of One; Count III - Section 1983 Conspiracy; Count IV - Infringement of Rights pursuant

to Section 1983; and Count V - Failure to Intervene pursuant to Section 1983. [ECF No. 30].

On February 7, 2025, Defendants filed a partial motion to dismiss counts II through V,

but do not challenge Plaintiff's First Amendment claim at Count I. [ECF No. 31]. The motion

was fully briefed by the parties.

On July 28, 2025, Magistrate Judge Taylor issued a Report and Recommendation

("R&R) [ECF No. 39], recommending that Defendants' motion be granted in full, and that

Counts II through V of the second amended complaint be dismissed with prejudice, as

amendment of such claims would be futile. Upon motion of Plaintiff, the time period for filing

objections to the R&R was extended to September 12, 2025; however, no timely objections have

been received by the Court.[1]

Thus, after *de novo* review of the relevant documents in this case, together with the report

and recommendation, the following order is entered:

AND NOW, this 25th day of September, 2025;

IT IS HEREBY ORDERED that Defendants' partial motion to dismiss [ECF No. 31] is

GRANTED and Counts II through V of the second amended complaint are DISMISSED, with

prejudice and without leave to amend. The report and recommendation of Magistrate Judge

---

[1]
Plaintiff filed a second motion for extension of time to file objections on September 15, 2025 [ECF No. 42];
however, this motion was denied by this Court because Plaintiff had already been granted a thirty (30) day extension
of time to file objections and failed to state sufficient cause for an additional extension. [ECF No. 43].

Taylor, issued July 28, 2025 [ECF No. 39], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Kezia O.L. Taylor
       United States Magistrate Judge